Charles J. O'Neill and Eugene T. O'Neill, trading as O'Neill Brothers, appellants, v. Louis Salzman, appellee. Gen. No. 8,433.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

L. B. Bratton and W. H. Dyer, for appellants. Walter C. Schneider, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Carlo Bartolucci, appellee, v. Fort Dearborn Insurance Company, appellant. Gen. No. 8,443.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

North, Linscott, Gibboney & North, for appellant. Hinchcliff, Miller & Thomas, for appellee; Charles A. Thomas, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.

Louis Goesswein, appellee, v. George Jochem et al., appellants. Gen. No. 8,447.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

George Jochem, Mary D. Cassell and Earl B. Williamson, pro se. Ira J. Covey and Edwin L. Covey, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Marie L. Williams, appellee, v. Aurora, Elgin & Fox River Electric Company, appellant. Gen. No. 8,453.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

Alschuler, Putnam, Flannigen & Johnson, for appellant; W. C. O'Brien, of counsel. John A. Russell, for appellee; Allen B. Woodard and Charles G. Seidel, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.